IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Crim. No. CCB-17-98 |
| | * | |
| THOMAS LIVERMAN | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM AND ORDER**

Now pending is Thomas Liverman's pro se motion for a sentence reduction, which the court construes as pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF 73). Liverman requests compassionate release on the basis of the COVID-19 pandemic. Liverman does not, however, assert that he has any particular vulnerability to COVID-19. In any event, there is no indication that Liverman has exhausted his administrative remedies.[1]

Accordingly, Liverman's motion for compassionate release (ECF 73) is DENIED WITHOUT PREJUDICE.

So Ordered this 23rd day of July, 2020.

/S/
Catherine C. Blake
United States District Judge

---

[1] The court may consider a defendant's compassionate release motion only "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier[.]" 18 U.S.C. § 3582(c)(1)(A).